# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**Angelo Ruotolo**
Plaintiff(s)

vs. **CASE NUMBER: 1:22-cv-169**

**Sheriff Juan Figueroa, John Doe, Jane Doe and Ulster County**
Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants Jane Doe and John Doe are DISMISSED from this action; and it is further ORDERED, that Defendants' Motion for summary judgment, Dkt. No. [133], is GRANTED; and it is further ORDERED, that Plaintiff's letter requesting participation in the Assisted Mediation Program, Dkt. No. [131], is DENIED as moot.

All of the above pursuant to the order of the Honorable **Lawrence E. Kahn**, dated January 23, 2025.

DATED: January 23, 2025

Clerk of Court

s/
Daniel Krug
Deputy Clerk